Decided May 29, 2007

## PAULA W. DEEGAN ET AL. *v.* OLLIE J. SIMMONS ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 100 Conn. App. 524 (AC 27125), is denied.

ROGERS, C. J., did not participate in the consideration or decision of this petition.

*Julia B. Morris* and *Sandi Beth Girolamo*, in support of the petition.

*Philip F. von Kuhn*, in opposition.

Decided May 29, 2007